UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY_____ D.C.

05 APR 26 PM 3: 34

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

UNITED STATES OF AMERICA

-vs-                                                                 Case No. 1:05cr10021-001T

DAVID PRUIETT

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- Rusty Larson, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant. The defendant is to reimburse Mr. Larson at the rate of $150 every two weeks, beginning on Friday, May 13, 2005 and continuing until further order of this court.

### TYPE OF APPOINTMENT

- All purposes including trial and appeal

**DONE** and **ORDERED** in 111 South Highland, Jackson, TN, this 26th day of April, 2005.

_____
JAMES D. TODD
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10021 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT