IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                       Criminal No. 1:05-CR-10021-01-T

DAVID FRANKLIN PRUIETT, JR.

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of May 9, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **TUESDAY, JUNE 14, 2005 at 8:30 A.M.** and reset **TRIAL DATE** for **WEDNESDAY, JUNE 22, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of May 9, 2005, to June 22, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and(h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 26 April 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CR-10021 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT