PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee

U.S.A. vs. David Franklin Pruiett, Jr.                    Docket No. 05-10021-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carolyn W. Moore PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable S. Thomas Anderson sitting in the court at Jackson, Tennessee, on the 8th day of March, 192005 under the following conditions:

1. Report to Pretrial Services as directed.
2. Maintain or actively seek employment.
3. Defendant is restricted in travel and residence to the Western District of Tennessee.
4. Refrain from possessing a firearm, destructive device or other dangerous weapon.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

David Pruiett has not reported to the U. S. Pretrial Office as instructed, and his whereabouts are currently unknown. Additionally, the defendant was charged with the new criminal offense of Theft Over $500 on 04-17-05. A capias was issued by Jackson City Court after the defendant failed to appear for his preliminary hearing on 05-23-05.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the arrest of David Franklin Pruiett, Jr. so that he can be brought before this Court to show cause as to why his bond should not be revoked. It is recommended that no bond be authorized on this warrant.

ORDER OF COURT

Considered and ordered this 9th day of June, 2005 and ordered files and made a part of the records in the above case.

_____
James D. Todd
U.S. District Judge/Magistrate

Respectfully,

Carolyn W. Moore
U.S. Pretrial Services Officer-In-Charge

Place    Jackson, TN
Date     6/9/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/13/05

24

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TENNESSEE__

UNITED STATES OF AMERICA

V.

DAVID FRANKLIN PRUIETT, JR.

**WARRANT FOR ARREST**

Case Number: 05-10021-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __David Franklin Pruiett, Jr.__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☑ Pre-Trial Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| Robert R. Di Trolio | C. Heid (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | 6/13/2005       Jackson, TN |
| Title of Issuing Officer | Date            Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 10/03) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: David Franklin Pruiett, Jr.

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: