**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | **Cr. No. 0 5 - 1 0 0 2 1 - T** |
| **v.** | ) | |
| | ) | |
| **DAVID FRANKLIN PRUIETT JR,** | ) | |
| **Defendant.** | ) | |

---

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

---

The United States Attorney's Office applies to the Court for a Writ to have **DAVID FRANKLIN PRUIETT JR**, now being detained in the Madison County Jail, appear before the Honorable S. Thomas Anderson on **TUESDAY, 11/01/05** at **2:00 p**m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 7th day of October 2005.

JAMES W. POWELL
Assistant U. S. Attorney

---

## ORDER

---

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Madison County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **DAVID FRANKLIN PRUIETT JR** appear before the Honorable

S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this ___14th___ day of ___October___ 2005.

S. THOMAS ANDERSON
**United States Magistrate Judge**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CR-10021 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT